UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

      PLAINTIFF                                            CASE NO 25-30673

V

D1 - MOHMED ALI

      DEFENDANT

---

**APPEARANCE OF RETAINED ATTORNEY**

TO CLERK OF THE COURT:

      Please enter my appearance as attorney for MOHMED ALI, Defendant in the above-captioned matter.

      Respectfully submitted,

      /s/Amir Makled P76306
      Hall Makled PC
      23950 Princeton St
      Dearborn, MI 48124
      313-788-8888
      amakled@hallmakled.com