|  |  |  |
|---|---|---|
| AO 442 (Rev. 11/11) Arrest Warrant | AUSA: Erin Ramamurthy<br>Special Agent: Anthony Resendez | Telephone: (313) 226-9100<br>Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

D-1 Mohmed ALI
D-2 Majed MAHMOUD

Case No. 25-30673

FILED
NOV 05 2025
CLERK'S OFFICE
DETROIT

I hereby certify that the foregoing is a true copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: s/Julie Owens
Deputy

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mohmed ALI                                                                            ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☑ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 924(h) - Receiving and transferring, and attempting and conspiring to transfer, firearms and ammunition knowing and having reasonable cause to believe that the firearms and ammunition would be used to commit a Federal crime of terrorism

Date: November 1, 2025

*Elizabeth A. Stafford*
*Issuing officer's signature*

City and state:   Detroit, Michigan

Hon. Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 11/03/25, and the person was arrested on *(date)* 10/31/2025 (PC)
at *(city and state)* Dearborn, Michigan.

Date: 11/03/2025

*Arresting officer's signature*

Special Agent Eric Tometich
*Printed name and title*

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*