UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

D-1 Mohmed Ali,
D-2 Majed Mahmoud,
D-3 Ayob Nasser.

      Defendants.
_____/

## MOTION AND ORDER TO SEAL
## AMENDED COMPLAINT AND ARREST WARRANT

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrant and all attendant papers because the Complaint describes events that are part of an ongoing criminal investigation involving subjects who are not yet charged. This sealing order is entered with the express exception that the government may provide copies of the aforementioned documents to the following persons to facilitate the defendants' appearances in court: the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendants, the Federal Community Defender's Officer, and/or the Defendants' attorneys. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/Hank Moon*
Hank Moon  P85337
Assistant United States Attorney
211 Fort Street, Suite 2001
Detroit, Michigan  48226
313-226-0220

Dated: November 5, 2025

**IT IS SO ORDERED.**

_____

David R. Grand
United States Magistrate Judge

Entered: