UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

Criminal No. 25-mj-30673

v.

D-1 Mohmed ALI
D-2 Majed MAHMOUD,
D-3 Ayob NASSER

      Defendants.
_____/

## MOTION TO UNSEAL AMENDED COMPLAINT, ARREST WARRANT AND AFFIDAVIT

The United States of America, by its undersigned attorneys, respectfully requests the court to unseal the Amended Complaint, Warrant of Arrests, and Affidavit for complaint for the following reasons:

1. That the defendant has been arrested on the amended complaint by law enforcement officers.

2. That the United States is no longer apprehensive that the defendant may flee prior to appearance on the amended complaint.

                                  Respectfully submitted,

                                  JEROME F. GORGON, JR.
                                United States Attorney

                                *s/Hank Moon*
                                HANK MOON
                                Assistant United States Attorney
                                211 W. Fort Street, Suite 2001
                                Detroit, MI   48226
                                734-226-0220

Date: November 5, 2025              Hank.Moon@usdoj.gov