UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Criminal No.   25-mj-30673

v.

IN RE:   SEALED MATTER

       Defendants.
_____/

**ORDER TO UNSEAL AMENDED COMPLAINT, ARREST WARRANT AND AFFIDAVIT**

IT IS HEREBY ORDERED that the amended complaint, warrant for arrest, and affidavit for complaint be UNSEALED.

                                s/David R. Grand
                                Honorable David R. Grand
                                United States Magistrate Judge

Dated:   11/5/25