UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

      v.                                        Case No. 25-30673

D-1 Mohmed Ali
D-2 Majed Mahmoud            Violations:
D-3 Ayob Nasser,                    18 U.S.C. § 924(h)
                                                    18 U.S.C. § 2339B(a)(1)

          Defendants.
_____/

## NOTICE OF INTENT TO USE FOREIGN INTELLIGENCE SURVEILLANCE ACT INFORMATION

The United States of America hereby provides notice to Defendants D-1 Mohmed Ali, D-2 Majed Mahmoud and D-3 Ayob Nasser and to the Court that, pursuant to 50 U.S.C. § 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in this matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978, as amended, 50 U.S.C. §§ 1801–1812.

WHEREFORE, the United States respectfully requests that the Defendants, D-1 Mohmed Ali, D-2 Majed Mahmoud and D-3 Ayob Nasser, and the Court take notice of the above.

1

                                Respectfully submitted,

                                JEROME F. GORGON JR.
United States Attorney

s/*Hank Moon*
Hank Moon
Erin L. Ramamurthy
United States Attorneys
211 W. Fort Street, Suite 2001
Detroit, MI  48226
(313) 226-9100
Hank.Moon@usdoj.gov

Date: November 6, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2025, I filed the foregoing Notice using the Court's CM/ECF system, which will send notices to all registered parties.

s/*Douglas C. Salzenstein*
Assistant U.S. Attorney
